UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH A. FERRARA, SR., et al.,

        Plaintiffs,

  - against -

POMARC INDUSTRIES, INC.,

        Defendant.
-------------------------------------------------------------X

**JUDGMENT**
11-CV-1859 (RRM)(MDG)

An Order of the Honorable Roslynn R. Mauskopf, United States District Judge, having been filed this day, adopting the Report & Recommendations of Magistrate Judge Marilyn D. Go, issued on March 22, 2013, it is:

ORDERED and ADJUDGED that the Report & Recommendation of Magistrate Judge Go is adopted in its entirety; and that judgment is hereby entered in favor of plaintiffs Joseph A. Ferrara, Sr., et al., and against defendant Pomarc Industries, Inc.,

    awarding plaintiffs $4,850 in attorneys' fees, $695.80 in costs, and $175 in audit fees, for a total award of $5,720.80, and further

    ordering defendant to submit to an audit of the books and records of its affiliate Low Pro Towing & Transport, Inc. for the period commencing January 1, 2004 through the date of the filing of the instant action, and further

    granting plaintiff leave to file a motion to amend the judgment to include an additional award of damages and prejudgment interest if appropriate following any audit.

                                      SO ORDERED.

Dated: Brooklyn, New York
         August 5, 2013

                                        *Roslynn R. Mauskopf*
                                        _____
                                        ROSLYNN R. MAUSKOPF
                                        United States District Judge