UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH A. FERRARA, SR., et al.,

                Plaintiffs,                                **JUDGMENT**
                                                          11-CV-1859 (RRM)(MDG)

    - against -

POMARC INDUSTRIES, INC.,

                Defendant.
------------------------------------------------------------X

        An Order of the Honorable Roslynn R. Mauskopf, United States District Judge, having been filed this day, adopting the Report & Recommendations of Magistrate Judge Marilyn D. Go, issued on March 22, 2013, it is:

        ORDERED and ADJUDGED that the Report & Recommendation of Magistrate Judge Go is adopted in its entirety; and that judgment is hereby entered in favor of plaintiffs Joseph A. Ferrara, Sr., et al., and against defendant Pomarc Industries, Inc.,

        awarding plaintiffs $4,850 in attorneys' fees, $695.80 in costs, and $175 in audit fees, for a total award of $5,720.80, and further

        ordering defendant to submit to an audit of the books and records of its affiliate Low Pro Towing & Transport, Inc. for the period commencing January 1, 2004 through the date of the filing of the instant action, and further

        granting plaintiff leave to file a motion to amend the judgment to include an additional award of damages and prejudgment interest if appropriate following any audit.

                                                                         SO ORDERED.

Dated: Brooklyn, New York                                      *Roslynn R. Mauskopf*
       August 5, 2013                                                        _____
                                                                               ROSLYNN R. MAUSKOPF
                                                                               United States District Judge